Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>  Plaintiff,<br><br>vs.<br><br>HPT Suite Properties Trust,<br><br>  Defendant. | No. 2:18-cv-00388-DJH<br><br>**NOTICE OF SETTLEMENT** |

The Parties hereby give notice that a settlement in principle has been reached in this case that resolves all claims. The parties are in the process of finalizing the settlement documents and will file a Stipulated Notice of Dismissal with Prejudice upon completion of the settlement documentation. The parties request that the case be placed on the inactive calendar for 45 days to allow the parties to complete the settlement documents.

RESPECTFULLY SUBMITTED this 30th day of April, 2018.

**JENNINGS, STROUSS & SALMON, P.L.C.**

By: s/ Lindsay G. Leavitt
   Lindsay G. Leavitt
   One East Washington Street, Suite 1900
   Phoenix, AZ  85004-2554
   *Attorneys for Defendant*

6067195v1(67396.1)

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on April 30, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
ADA@strojnik.com
STROJNIK, P.C.
2375 East Camelback Road, Ste. 600
Phoenix, AZ 85016

☐   I hereby certify that on April 30, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

s/ Tana Davis-Digeno

6067195v1(67396.1)