# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HPT Suite Properties Trust,<br><br>　　　　　Defendant. | No. CV-18-00388-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice (Doc. 17).

Accordingly,

IT IS ORDERED approving the Stipulation (Doc. 17) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

**Dated** this 14th day of May, 2018.

　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　United States District Judge